IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-617-D

| | | |
|---|---|---|
| KYLE MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT ROBINSON SS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On December 9, 2024, plaintiff filed a joint motion for court-hosted settlement conference. See [D.E. 23]. The motion [D.E. 23] is GRANTED and this matter is referred to Magistrate Judge James E. Gates for a court-hosted settlement conference. Judge Gates will contact the parties concerning the schedule for the settlement conference.

SO ORDERED. This 20 day of December, 2024.

JAMES C. DEVER III
United States District Judge